### Patricia FOOTE, Appellant,

v.

### STATE of Missouri, Respondent.

### No. 73986.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 27, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 28, 1998.

Application for Transfer Denied
Feb. 23, 1999.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Defendant appeals the dismissal of her untimely Rule 24.035 motion to vacate, set aside or correct the judgment or sentence. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).